[No. 18531-1-III.    Division Three.    March 30, 2000.]

*In the Matter of the Personal Restraint of* IRA ERWIN
CALL, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 19645-0-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
WILLIAM BRINKLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 94-1-00771-6, Karen B. Conoley, J., entered
June 29, 1995. *Affirmed in part* and *remanded* by unpub-
lished opinion per Hunt, J., concurred in by Morgan and
Seinfeld, JJ.

[No. 22193-4-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE
HULTBERG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-01442-9, Sergio Armijo, J., entered June
10, 1997. *Affirmed* by unpublished opinion per Bridgewa-
ter, C.J., concurred in by Houghton and Hunt, JJ.

[No. 23189-1-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD W.
BENNETT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00449-0, F. Mark McCauley and
David E. Foscue, JJ., entered April 13, 1998. *Affirmed in
part* and *remanded* by unpublished opinion per Seinfeld, J.,
concurred in by Hunt, J., and Tabor, J. Pro Tem.